## Meyers's Estate.

*Practice, O. C.—Exceptions filed by accountant to be verified.*

An accountant who excepts to an adjudication and fails to file with his exceptions an affidavit that they are not intended for delay, as required by Philadelphia Orphans' Court Rule III, § 7 (Rule Book, p, 17), acts at his peril.

Exceptions to adjudication. O. C. Phila. Co., April T., 1923, No. 1221.

*W. B. Geary*, for exceptions.

VAN DUSEN, J.—And now, March 31, 1924, while a paper purporting to be exceptions to the adjudication was filed Oct. 5, 1923, it does not comply with the requirements of clause 7, Rule III, in that it is filed on behalf of the accountant and there is no affidavit that it is not for delay, so it is doubtful whether any exceptions are properly before the court. However, counsel for the exceptant (see his letter dated March 28, 1924, hereto attached) has agreed that the exceptions be dismissed.

Accordingly, the exceptions are dismissed.